UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 JUL 19 PM 1:48

CLERK

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

v.

ANNE WEBER,
    Defendant.

Criminal No. 2:16-cr-102-1

INDICTMENT

The Grand Jury charges as follows:

COUNT ONE

From in or about Summer 2014 through in or about November 2014, in the District of Vermont, the defendant, ANNE WEBER, controlled a place, that is, 94 Malletts Bay Avenue, Apartment C, Winooski, Vermont, as an occupant, and knowingly and intentionally profited from and made available for use such place for the purpose of unlawfully storing, distributing, and using a controlled substance.

(21 U.S.C. § 856(a)(2)))

A TRUE BILL

███████████████
FOREPERSON

ERIC S. MILLER
United States Attorney

Presented by:

_____
MICHAEL P. DRESCHER
KUNAL PASRICHA
Assistant United States Attorneys
Burlington, Vermont
July 19, 2016